UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | : | |
|---|---|---|
| AMNET ESOP CORPORATION d/b/a AMERICAN MORTGAGE NETWORK, | : : : | |
| Plaintiff, | : : | Civil Action No. 2:23-cv-00010-RWS |
| v. | : : | |
| CROSSCOUNTRY MORTGAGE, INC., SPENCER THOMAS, and WILLIAM MYERS | : : : : | |
| Defendants. | : : : | |

**JOINT STIPULATION AND [PROPOSED] CONSENT ORDER**

Plaintiff AmNet ESOP Corporation, d/b/a American Mortgage Network ("American Mortgage") and Defendants CrossCountry Mortgage Inc. ("CrossCountry"), Spencer Thomas, and William Myers (collectively the "Defendants"), hereby agree and jointly stipulate as follows:

1. Whereas Defendants' motions to dismiss the operative Complaint are fully briefed and have been submitted to the Court (*see* July 10, 2023 Docket Entry);

2. Whereas the pending dispositive motions seek dismissal of all claims for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6);

3. Whereas the parties have conferred and agree that it would be mutually beneficial and convenient for the parties and the Court to adjourn any early discovery planning deadlines prescribed by Rules 16 or 26 of the Civil Local Rules of the Northern District of Georgia until after any ruling on the motions to dismiss that necessitates the filing of an answer;

4. In light of the foregoing, the parties hereby request that the deadline for the parties to conduct any early planning conference pursuant to Fed. R. Civ. P. 26(f) will be **ten days** after the Court issues a ruling on the pending motions to dismiss that necessitates the filing of an answer,

and the deadline for the parties to file a Joint Preliminary Report and Discovery Plan will be **fourteen days** after any Rule 26(f) conference.

Dated: August 21, 2023

Respectfully submitted,

| | |
|---|---|
| MITCHELL SANDLER LLC | JONES DAY |
| | |
| */s/ Ari Karen* | */s/ Michael J. McConnell* |
| Ari Karen, Esq. | Michael J. McConnell |
| Georgia Bar No. 407735 | Georgia Bar No. 485003 |
| 1120 20th Street NW | 1221 Peachtree Street, N.E., Suite 400 |
| Suite 725 | Atlanta, Georgia 30361 |
| Washington, D.C. | Telephone: (404) 581-8526 |
| (202) 886-5260 | Facsimile: (404) 581-8330 |
| akaren@mitchellsandler.com | mmcconnell@jonesday.com |
| | |
| | Michael A. Platt (pro hac vice) |
| SMITH, GAMBRELL & RUSSELL, LLP | Garrett T. Fox (pro hac vice) |
| | JONES DAY |
| *s/ S. Gardner Culpepper* | North Point |
| S. Gardner Culpepper | 901 Lakeside Avenue |
| Georgia Bar No. 201210 | Cleveland, Ohio 44114-1190 |
| Emma Cramer | Tel: (216) 586-3939 |
| Georgia Bar No. 661985 | Facsimile: (216) 579-0212 |
| 1105 W. Peachtree Street, N.E. | maplatt@jonesday.com |
| Suite 1000 | gfox@jonesday.com |
| Atlanta, Georgia 30309 | |
| Telephone: (404) 815-3500 | *Counsel for Defendant* |
| gculpepper@sgrlaw.com | *CrossCountry Mortgage, LLC* |
| ecramer@sgrlaw.com | |
| | |
| *Counsel for Plaintiff* | |
| *AmNet ESOP Corporation* | |

LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ *Joshua D. Curry*
Joshua D. Curry
Georgia Bar No. 117378
600 Peachtree St. NE, Suite 4700
Atlanta, Georgia 30308
Telephone: (404) 348-8585
josh.curry@lewisbrisbois.com

John R. Conley
Ohio Bar No. 84079
(*pro hac vice forthcoming*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1 Gojo Plaza, Suite 310
Akron, Ohio 44311
Telephone: (330) 272-0000
john.conley@lewisbrisbois.com

*Counsel for Defendant*
*William Myers*


COZEN O'CONNOR, P.C.

/s/ Arielle Sara Eisenberg
Arielle Sara Eisenberg
200 South Biscayne Boulevard
Suite 3000
Miami, FL 33131
Telephone: (786) 871-3953
aeisenberg@cozen.com

*Counsel for Defendant*
*Spencer Thomas*


IT IS SO ORDERED, this ___ day of _____, 2023.


_____
Honorable Richard W. Story
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 21st day of August 2023, a true and accurate copy of the foregoing Joint Stipulation and Proposed Order have been filed with this Court and served on all Counsel of Record via the Court's electronic filing system.

*/s/ Ari Karen*
Ari Karen, Esq.
